UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MS LISA HELMREICH, BRADY HELMREICH,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVAK APARTMENT CORPORATION,<br><br>Defendant. | 2:22-CV-11957-TGB<br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Stipulation for Dismissal filed on April 28, 2023 (ECF No. 12), this case is DISMISSED with prejudice and without costs to any party.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: May 1, 2023